UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 PROCEEDINGS |
| NICKOLOS BASALONE, | No. 20-06822 |
| Debtor. | Hon. Janet S. Baer (DuPage) |
| | Hearing Date: 11/20/2020 at 11:00 AM |

## NOTICE OF MOTION

TO:   Attorneys of Record (See attached Service List)

**PLEASE TAKE NOTICE** that on **November 20, 2020** at **11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in her stead, and present the **Carl F. Ewig, Inc. d/b/a Martec International's Third Motion for Extension of Time to Object to Discharge and/or to File a Complaint to Determine Dischargeability**, a copy of which is hereby served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 731 2971** and the password is **587656**. The meeting ID and password can also be found on the Judge's page on the Court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If the Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

1

/s/ Anthony J. Longo
Anthony J. Longo
Attorneys for Carl F. Ewig, Inc.
d/b/a Martec International
BRENNAN BURTKER LLC
20 North Clark Street, Suite 1800
Chicago, IL 60602-5114
Telephone (312) 676-1900
Facsimile (312) 676-1905
E-mail alongo@brennanburtker.com

## CERTIFICATE OF SERVICE VIA ELECTRONIC AND US MAIL

I, the undersigned, declare under penalty of perjury under the laws of the United States of American, and under penalties as provided by law pursuant to 735 ILCS 5/1-109, that a true and correct copy of the foregoing document was served via E-mail and/or regular U.S. mail to the parties/individuals/entities listed below, at their respect e-mail addresses and respective US mail addresses, on November 5, 2020.

/s/ Shantela Warr

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Peter C. Bastianen        ND-Four@il.cslegal.com
- Dave R Brown              dbrown@springerbrown.com, iprice@springerbrown.com
- Bradley H. Foreman        Brad@BradleyForeman.com
- Brenda Porter Helms       brenda.helms@albanybank.com, helms@ecf.axosfs.com
- Jason M. Torf             Jason.torft@icemiller.com
- Kimberly J. Weissman      kimberly@weissmanlegal.com
- Patrick S. Layng          USTPRegion11.ES.ECF@usdoj.gov
- Jeffrey L. Gansberg       Jeffrey.l.gansberg@usdoj.gov

**Parties Served via First Class Mail:**

Nickolos Basalone
7006 Richmond Avenue
Darien, IL 60561
9234338

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>NICKOLOS BASALONE,<br><br>Debtor. | CHAPTER 7 PROCEEDINGS<br><br>No. 20-06822<br><br>Hon. Janet S. Baer (DuPage) |

**CARL F. EWIG, INC. D/B/A MARTEC INTERNATIONAL'S THIRD MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE AND/OR TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY**

NOW COMES Carl F. Ewig, Inc. d/b/a Martec International ("Creditor"), by and through its attorney, Anthony J. Longo, and pursuant to 11 U.S.C. § 727, 11 U.S.C. § 523, Fed. R. Bankr. P. 4004, and Fed. R. Bankr. P. 4007, hereby requests that this Honorable Court grant and extension of time to object to discharge and/or to file a complaint to determine dischargeability regarding Nickolos Basalone ("Debtor"). In support of this request, Creditor states as follows:

1. On or about March 10, 2020, the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The deadline to object to discharge and/or to challenge whether certain debts are dischargeable was originally set at June 12, 2020. The deadline was extended to August 11, 2020, and then to November 6, 2020.

3. The Meeting of the Creditors was originally scheduled for April 13, 2020. The Meeting has been adjourned and continued several times in order for the Debtor to produce additional documentation. The Meeting of the Creditors is currently scheduled for November 9, 2020.

1

4. Creditor is requesting additional time to review the documentation provided by the Debtor to determine whether production is complete, and to investigate whether there may be a basis to object to discharge under 11 U.S.C. § 727 and/or to challenge/object/complain regarding whether certain debts are dischargeable under 11 U. S. C. § 523.

WHEREFORE, Carl F. Ewig, Inc. d/b/a Martec International requests that this Court extend the time to object to discharge and/or to file a complaint to determine dischargeability for forty-five (45) days, to and including December 21, 2020, and for any such other relief this Honorable Court deems just and reasonable.

Respectfully submitted,

BRENNAN BURTKER LLC:

DATE: November 5, 2020

/s/ Anthony J. Longo
Anthony J. Longo
Attorney for Carl F. Ewig, Inc.
d/b/a Martec International
BRENNAN BURTKER LLC
20 North Clark Street, Suite 1800
Chicago, IL 60602-5114
Telephone (312) 676-1900
Facsimile (312) 676-1905
E-mail alongo@brennanburtker.com

9234324

2