UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nickolos Basalone<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-06822<br><br>Chapter: 7<br>Honorable Janet S. Baer<br><br>Adv. No.: |

**Order Extending Time for West Suburban Bank to Object to
Discharge and Dischargeability Under 727/523**

This matter coming to be heard on the Motion filed by West Suburban Bank for an Order Further Extending Time to Object to Discharge and Dischargeability of Debt under sections 727 and 523, respectively, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) The motion is granted as set forth herein.

(2) The time by which West Suburban Bank may object to the Debtor's discharge is extended to and including December 21, 2020.

(3) The time by which West Suburban Bank may object to the dischargeability of debt is extended to and including December 21, 2020.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  November 20, 2020