# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: § §

NICKOLOS BASALONE § Case No. 20-06822
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/10/2020. The undersigned trustee was appointed on 03/10/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. | The trustee realized gross receipts of | $ 119,613.00 |
| | Funds were disbursed in the following amounts: | |
| | Payments made under an interim disbursement | 0.00 |
| | Administrative expenses | 11,153.47 |
| | Bank service fees | 104.30 |
| | Other payments to creditors | 2,099.41 |
| | Non-estate funds paid to 3rd Parties | 0.00 |
| | Exemptions paid to the debtor | 0.00 |
| | Other payments to the debtor | 0.00 |
| | Leaving a balance on hand of[1] | $ 106,255.82 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/27/2020 and the deadline for filing governmental claims was 09/08/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,230.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $9,230.65, for a total compensation of $9,230.65$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2021                     By: /s/BRENDA PORTER HELMS, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-06822 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NICKOLOS BASALONE | | | | Date Filed (f) or Converted (c): | 03/10/2020 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2020 |
| For Period Ending: | 05/18/2021 | | | | Claims Bar Date: | 08/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 7006 Richmond Ave.<br>Darien Il 60561-0000 Dupage<br><br>Debtor updated value on amended schedules 5/28/2020<br>Trustee authorized to sell per order [Dkt. 60] | 150,000.00 | 135,000.00 | | 20,000.00 | FA |
| 2. 18W125 63Rd St. Unit 102A<br>Westmont Il 60559-0000 Dupage<br><br>Trustee authorized to sell per order [Dkt. 60] | 37,500.00 | 44,250.00 | | 44,250.00 | FA |
| 3. 2322 South Ave.<br>Delavan Wi 53115-0000 Walworth<br><br>Trustee's motion to sell approved 10/23/2020 [Dkt. 77] | 45,000.00 | 47,250.00 | | 47,250.00 | FA |
| 4. 2015 Ford F250 Mileage: 77000 | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. 2010 Ford Explorer Mileage: 200000 Debtor's Wife Drives This Vehicle | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. 2010 Glastron Gt215 Boat Stored At American Marine In Delavan, Wi<br><br>Stay lifted [Dkt. 16] | 16,000.00 | 0.00 | | 0.00 | FA |
| 7. Half Interest In Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Half Interest In 3 Used Tvs; Cell Phone | 100.00 | 0.00 | | 0.00 | FA |
| 9. Sports Memorobilia (Photos Ticket Stubs) | 50.00 | 0.00 | | 0.00 | FA |
| 10. 1 (One) .357 Pistol; 1 (0Ne) 32 Pistol | 200.00 | 0.00 | | 0.00 | FA |
| 11. Usual Mens Clothing | 125.00 | 0.00 | | 0.00 | FA |
| 12. One Watch, One Wedding Ring | 120.00 | 0.00 | | 0.00 | FA |
| 13. Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Bank Of America | 1,200.00 | 0.00 | | 0.00 | FA |
| 15. Bank Of America | 520.00 | 0.00 | | 0.00 | FA |
| 16. Strictly Trailer Repair Inc. | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-06822 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NICKOLOS BASALONE | | | | Date Filed (f) or Converted (c): | 03/10/2020 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2020 |
| For Period Ending: | 05/18/2021 | | | | Claims Bar Date: | 08/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. Fall Back Trucking & Repair Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 18. Fall Back Trucking Llc | 0.00 | 0.00 | | 0.00 | FA |
| 19. Fall Back Trucking & Repair Llc | 0.00 | 0.00 | | 0.00 | FA |
| 20. Strictly Leasing Inc | 0.00 | 0.00 | | 0.00 | FA |
| 21. Nick & Sammys Cy Yard Llc | 0.00 | 0.00 | | 0.00 | FA |
| 22. Merrill Lynch-IRA | 10,300.00 | 0.00 | | 0.00 | FA |
| 23. Bank Of America-IRA | 12,711.00 | 0.00 | | 0.00 | FA |
| 24. Millenium Trust Company-IRA | 325,000.00 | 0.00 | | 0.00 | FA |
| 25. Debtor May Have Tax Refunds Due For 2018 And 2019 But Tax Returns Are Not Completed For Those Years At This Time. Federal | Unknown | 1.00 | | 8,113.00 | FA |
| 26. Debtor May Have Tax Refunds Due For 2018 And 2019 But Tax Returns Are Not Completed For Those Years At This Time. State | Unknown | 1.00 | | 0.00 | FA |
| 27. New York Life Insurance Company | 38,604.58 | 0.00 | | 0.00 | FA |
| 28. Ford F150 (2017) - 23,000 miles (u)  vehicle in possession of and co-owned by Debtor's nephew | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 29. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $670,430.58 | $234,002.00 | | $119,613.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

9/30/20.  Real estate in Westmont and Darien have been liquidated.  Property in Delavan, WI has been listed for sale with a real estate broker; court approval on sale to a potential buyer is scheduled for 10/23/20.  Rule 2004 request has been issued and 341 meeting has been continued to Nov. 9

Exhibit A

Initial Projected Date of Final Report (TFR): 02/20/2021        Current Projected Date of Final Report (TFR): 09/30/2021

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 20-06822 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | NICKOLOS BASALONE | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0281 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8670 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/18/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/20 | | Patricia Basalone | Settlement on value of real estate with non-filing spouse Pursuant to order dated 8/21/20 [Dkt. 60]; Report of Sale [Dkt. 74] | | $64,250.00 | | $64,250.00 |
| | | | Gross Receipts  $64,250.00 | | | | |
| | 1 | | 7006 Richmond Ave.  $20,000.00<br>Darien Il 60561-0000 Dupage | 1110-000 | | | |
| | 2 | | 18W125 63Rd St. Unit 102A  $44,250.00<br>Westmont Il 60559-0000 Dupage | 1110-000 | | | |
| 11/10/20 | | Chicago Title Company | proceeds of sale of Delavan property | | $40,333.85 | | $104,583.85 |
| | | | Gross Receipts  $47,250.00 | | | | |
| | | Chicago Title & Trust | 1/2- Misc. Title charges  ($676.00) | 4700-000 | | | |
| | | South Shore Manor | 1/2 - Association fees  ($220.70) | 2500-000 | | | |
| | | Walworth County Treasurer | 1/2 - Real Estate Tax  ($735.50) | 4700-000 | | | |
| | | Walworth County Registrar of Deeds | 1/2 - Transfer Tax  ($141.75) | 2500-000 | | | |
| | | Alliant Energy/WPL | 1/2 - MIsc. Utility  ($57.96) | 2500-000 | | | |
| | | AAA American Cleanout | 1/2 - Cleanout charges  ($850.00) | 2500-000 | | | |
| | | Berkshire Hathaway Home Serv | 1/2 Commission - Listing Broker  ($1,948.50) | 3510-000 | | | |
| | | Shorewest Realtors | 1/2 - Commission Selling Broker  ($1,134.00) | 3510-000 | | | |
| | | Suzanne Marshall | 1/2 - Reimb Cleaning, Lawn, Keys  ($370.00) | 2500-000 | | | |
| | | Delavan Lake Sanitary District | 1/2 Sewer  ($82.98) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $104,583.85 | $0.00 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-06822 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: NICKOLOS BASALONE | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0281 |
| | Checking |
| Taxpayer ID No: XX-XXX8670 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/18/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | WE Energies | 1/2 - Utillity ($10.85) | 2500-000 | | | |
| | | Walworth County | 1/2 - RE Tax (2020) ($687.91) | 4700-000 | | | |
| | 3 | | 2322 South Ave. $47,250.00 Delavan Wi 53115-0000 Walworth | 1110-000 | | | |
| 02/19/21 | 2001 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $69.88 | $104,513.97 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $104.30 | $104,409.67 |
| 04/19/21 | 25 | Patricia dn Nickolos Basalone | IRS refund | 1124-000 | $8,113.00 | | $112,522.67 |
| 04/23/21 | 2002 | Springer Larsen & Greene | Attorneys for Trustee fees per court order dkt #98 filed 4/23/21 | 3210-000 | | $5,963.00 | $106,559.67 |
| 04/23/21 | 2003 | Springer Larsen & Greene | attorney expenses per court order dkt #98 filed 4/23/21 | 3220-000 | | $303.65 | $106,256.02 |
| 04/29/21 | 2004 | Springer Larsen & Greene | attoney fees | 3210-000 | | $0.20 | $106,255.82 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $112,696.85 | $6,441.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $112,696.85 | $6,441.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $112,696.85 | $6,441.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:   $8,113.00   $6,441.03

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0281 - Checking | $112,696.85 | $6,441.03 | $106,255.82 |
| | $112,696.85 | $6,441.03 | $106,255.82 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $6,916.15 |
| Total Net Deposits: | $112,696.85 |
| Total Gross Receipts: | $119,613.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-06822  
Debtor Name: NICKOLOS BASALONE  
Claims Bar Date: 8/27/2020  

Date: May 18, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS, TRUSTEE<br>THE HELMS LAW FIRM, P.C.<br>3400 WEST LAWRENCE,<br>CHICAGO, IL  60625 | Administrative | | $0.00 | $9,230.65 | $9,230.65 |
| 100 3210 | Springer Larsen & Greene | Administrative | | $0.00 | $5,963.20 | $5,963.20 |
| 100 3220 | Springer Larsen & Greene | Administrative | | $303.65 | $0.00 | $303.65 |
| 100 3410 | P. C. Alan D. Lasko & Associates | Administrative | | $0.00 | $2,167.40 | $2,167.40 |
| 100 3420 | P. C. Alan D. Lasko & Associates | Administrative | | $0.00 | $60.83 | $60.83 |
| 9 400 4110 | Wintrust Mortgage<br>Attn:  Nathan Buikema<br>1051 Perimeter Dr.  #300<br>Schaumburg IL 60173 | Secured | Secured portion of claim 9 valued at $0 per order 9/18/20 [DKt. 69] | $198,420.37 | $197,277.41 | $0.00 |
| 2 400 4120 | North Shore Bank fsb<br>15700 W. Bluemound<br>Brookfield IL 53005 | Secured | Secured portion of claim 2 valued at $0 per order 9/18/20 [Dkt. 68] | $17,075.00 | $16,680.59 | $0.00 |
| 10A 230 5300 | Uriel Franco | Priority | | $0.00 | $3,501.25 | $3,501.25 |
| 6 280 5800 | ILLINOS DEPT OF REVENUE<br>Illinos Dept of Revenue | Priority | | $0.00 | $951.46 | $951.46 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-06822  
Debtor Name: NICKOLOS BASALONE  
Claims Bar Date: 8/27/2020  

Date: May 18, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 11 280 5800 | Uriel Franco C/O James Mccabe 3355 Lenox Rd. Suite 750 Atlanta, Ga 30362 | Priority | Claim withdrawn 12/30/20 [Dkt. 90] | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Comdata 5301 Maryland Way Ste 100 Brentwood TN 37027 | Unsecured | | $11,277.00 | $10,927.36 | $10,927.36 |
| 3 300 7100 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | | $19,214.00 | $19,253.06 | $19,253.06 |
| 4 300 7100 | Direct Capital Corporation 155 Commerce Way Portsmouth NH 03801 | Unsecured | | $0.00 | $359,695.17 | $359,695.17 |
| 5 300 7100 | TCF National Bank 11100 Wayzata Blvd Suite 801 Minnetonka MN 55305 | Unsecured | | $0.00 | $53,896.22 | $53,896.22 |
| 6A 300 7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Unsecured | | $0.00 | $310.42 | $310.42 |
| 7 300 7100 | Carl F. Ewig d/b/a Martec International 529 Dowd Ave. Elizabeth NJ 07201 | Unsecured | | $382,559.00 | $370,136.93 | $370,136.93 |
| 8 300 7100 | West Suburban Bank c/o Ice Miller, LLP Attn: John Cannnizzaro 250 West Street #700 Columbus OH 43215 | Unsecured | | $1,681,914.30 | $1,805,339.10 | $1,805,339.10 |
| 10 350 7200 | Uriel Franco | Unsecured | Unsecured portion of claim - tardy | $0.00 | $4,197.50 | $4,197.50 |
| | Case Totals | | | $2,310,763.32 | $2,859,588.55 | $2,645,934.20 |

Page 2                                                                     Printed: May 18, 2021

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-06822  Date: May 18, 2021
Debtor Name: NICKOLOS BASALONE
Claims Bar Date: 8/27/2020

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-06822
Case Name: NICKOLOS BASALONE
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 106,255.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | North Shore Bank fsb | $ 16,680.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Wintrust Mortgage | $ 197,277.41 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 106,255.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 9,230.65 | $ 0.00 | $ 9,230.65 |
| Attorney for Trustee Fees: Springer Larsen & Greene | $ 5,963.20 | $ 5,963.20 | $ 0.00 |
| Attorney for Trustee Expenses: Springer Larsen & Greene | $ 303.65 | $ 303.65 | $ 0.00 |
| Accountant for Trustee Fees: P. C. Alan D. Lasko & Associates | $ 2,167.40 | $ 0.00 | $ 2,167.40 |
| Other: P. C. Alan D. Lasko & Associates | $ 60.83 | $ 0.00 | $ 60.83 |

Total to be paid for chapter 7 administrative expenses $ 11,458.88

Remaining Balance $ 94,796.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,452.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10A | Uriel Franco | $ 3,501.25 | $ 0.00 | $ 3,501.25 |
| 6 | ILLINOS DEPT OF REVENUE | $ 951.46 | $ 0.00 | $ 951.46 |
| | Total to be paid to priority creditors | | | $ 4,452.71 |
| | Remaining Balance | | | $ 90,344.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,619,558.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Comdata | $ 10,927.36 | $ 0.00 | $ 376.87 |
| 3 | DISCOVER BANK | $ 19,253.06 | $ 0.00 | $ 664.01 |
| 4 | Direct Capital Corporation | $ 359,695.17 | $ 0.00 | $ 12,405.29 |
| 5 | TCF National Bank | $ 53,896.22 | $ 0.00 | $ 1,858.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | ILLINOIS DEPARTMENT OF REVENUE | $ 310.42 | $ 0.00 | $ 10.71 |
| 7 | Carl F. Ewig d/b/a Martec International | $ 370,136.93 | $ 0.00 | $ 12,765.41 |
| 8 | West Suburban Bank | $ 1,805,339.10 | $ 0.00 | $ 62,263.15 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 90,344.23 |
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $4,197.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Uriel Franco | $ 4,197.50 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| | Total to be paid to tardy general unsecured creditors | $ 0.00 |
| | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE